

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Jerry Duffey, Individually and as Representative of the Estate of Bessie Faith Duffey, Deceased, Appellant

No. 06-19-00076-CV          v.

Sleep Center of Longview and Baher Elhalwagi, M.D., Individually and d/b/a Sleep Center of Longview, Appellees

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 2016-1261-B).    Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

 

      As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

      We further order that the appellant, Jerry Duffey, Individually and as Representative of the Estate of Bessie Faith Duffey, Deceased, pay all costs of this appeal.

RENDERED MARCH 4, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk